DUMONT LOWDEN, INC., PLAINTIFF-RESPONDENT, v. OLAF HANSEN, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. James A. Major* for the petitioners.

*Mr. George A. Brown* and *Mr. Robert E. Personette* for the respondents.

February 12, 1962. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FARMLAND-FAIR LAWN DAIRIES, INC., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 70 *N. J. Super.* 19.

*Messrs. Milton & Keane* for the petitioners.

*Mr. Morton Hirschklau* for the respondent.

February 12, 1962. Denied.